**Cynthia M. WILLIAMS, Petitioner,**

v.

**DEPARTMENT OF THE ARMY, Respondent.**

No. 04–3130.

United States Court of Appeals, Federal Circuit.

March 26, 2004.

Cynthia M. Williams, of Counsel, Yorktown, VA, for Petitioner.

Doris S. Finnerman, Todd M. Hughes, David M. Cohen, of Counsel, Washington, DC, for Respondent.

ON MOTION

*ORDER*

Upon consideration of Cynthia M. Williams' unopposed motion to voluntarily dismiss her petition for review,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**ASM AMERICA, INC., Plaintiff/Counterclaim Defendant–Appellant,**

and

**Arthur Sherman, Plaintiff–Appellant,**

and

**ASM International, N.V., Counterclaim Defendant,**

v.

**GENUS, INC., Defendant/Counterclaimant–Appellee.**

No. 04–1240.

United States Court of Appeals, Federal Circuit.

March 26, 2004.

Sharon O'Grady, Principal Attorney, Pillsbury Winthrop, San Francisco, CA, for Plaintiff–Appellant.

Henry C. Bunsow, Principal Attorney, Howrey, Simon, San Francisco, CA, for Plaintiff/Counterclaimant–Defendant.

Edward R. Reines, Principal Attorney, Weil, Gotshal, Redwood Shores, CA, Defendant/Counterclaimant–Appellee.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).